

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivera Medical Corporation | Civil Action No.   14-CV-1997-H-RBB |
| **Plaintiff,** | |
| V. | |
| Catheter Connections, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss, stay or transfer. The Court grants Catheter's motion and dismisses the action under the first to file rule.

Date:   10/9/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  A. Garcia

A. Garcia, Deputy